IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL PAUL COOPER, | |
| Plaintiff, | |
| v. | Civil Action No. 7:05-CV-112 (HL) |
| OFFICER HOLLIS, et al, | |
| Defendants. | |

## ORDER

Before the Court is a Report and Recommendation (Doc. 5) from United States Magistrate Judge Richard L. Hodge that recommends dismissing certain claims asserted by Plaintiff as part of the frivolity screening required when a prisoner elects to proceed in forma pauperis. See 28 U.S.C. § 1915A (2000). Plaintiff has chosen not to object to Judge Hodge's Recommendation. Pursuant to 28 U.S.C. § 636, the Court has reviewed all relevant documents and hereby accepts the Recommendation. Plaintiff's claim alleging Defendant Officer Hollis assaulted Plaintiff, Plaintiff's claim against Defendants Dr. Cynthia Brown, Mental Health Director Leslie Lunney, and Warden Donald Barrow for allegedly forcing Plaintiff to take mental health drugs, and Plaintiff's deliberate indifference claim against Defendant Dr. Vidale and Captain Morris remain. All other claims and Defendants are dismissed.

**SO ORDERED**, this the 21st day of December, 2006.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs