# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL PAUL COOPER,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. |
| | : 7:05-CV-112-HL |
| **DANIEL J. CRAIG, et al.,** | : |
| **Defendant.** | : |

# ORDER

Before the Court is a Report and Recommendation (Doc. 47) from United States Magistrate Judge Richard L. Hodge that recommends granting the Motion for Summary Judgment (Doc. 38) filed on behalf of Defendants Brown, Lumney, and Valdez. Defendants contend in their Motion that they are entitled to summary judgment because Plaintiff did not exhaust his available administrative remedies as required by the Prisoner Litigation Reform Act. Judge Hodge agreed and recommended that Defendant's Motion be granted because Plaintiff failed to exhaust his administrative remedies for the claims asserted against these Defendants. Subsequently, Plaintiff filed an objection. In his objection, Plaintiff does not address the exhaustion issue. Instead, Plaintiff argues the merits of his case. Accordingly, Plaintiff has not objected to Judge Hodge's finding that Plaintiff has failed to exhaust his available administrative remedies. Having read and thoroughly considered Judge Hodge's Report and Recommendation, this Court accepts it, and therefore, Plaintiff's action against

both Defendants is dismissed for failure to exhaust administrative remedies.

**SO ORDERED**, this the 11th day of March, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

dhc